UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DENALI ADVANCED INTEGRATION | § § § |
| v. | §  CIVIL NO. 4:21-CV-225-SDJ § |
| JONATHAN GARCIA | § § |

## ORDER RESETTING HEARING

Before the Court is Plaintiff Denali Advanced Integration's Emergency Application for Temporary Restraining Order and Preliminary Injunction, (Dkt. #2). It is **ORDERED** that the motion is reset for a hearing on **Thursday, April 1, 2021, at 10:30 a.m.** at the United States Courthouse located at 7940 Preston Road, Courtroom 105, Plano, Texas 75024. Plaintiff's counsel is directed to attempt to notify Defendant of the hearing.

**So ORDERED and SIGNED this 29th day of March, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE